IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

PRISCILLA BUFORD     PLAINTIFF

VS.     CIVIL ACTION NO. 1:21-cv-142-SA-DAS

WAL-MART STORES EAST, LP
and JOHN DOES 1-10     DEFENDANTS

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** having come on for consideration on the *ore tenus* motion of Plaintiff, Priscilla Buford, through her attorney, for entry of a Judgment of Dismissal to dismiss this cause with prejudice on the basis that all claims have been fully resolved and compromised, and the Court, understanding that the attorney for Defendant, Wal-Mart Stores East, LP, joins this motion, finds that the relief requested is well founded and should be **GRANTED**.

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that the herein-styled and numbered cause be, and the same hereby is, dismissed with prejudice.

**SO ORDERED**, this the __17th__ day of _____August_____, 2022.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED TO BY:

_____
Thomas M. Louis (MSB #8484)
Rajita Iyer Moss (MSB No. 10518)
Wells Marble & Hurst, PLLC
P. O. Box 131
Jackson, MS 39205-0131
*Attorney for Defendants*

_____
Shanda M. Yates (MSB #102687)
Yancy B. Burns (MSB # 99128)
Burns & Associates, PLLC
P. O. Box 16409
Jackson, MS 39236-6409
*Attorney for Plaintiff*